UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ROY H. MCLAUGHLIN, JR. (DOC# 399370)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

No. 08-78 FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the petition for writ of habeas corpus filed by the petitioner, Roy H. McLaughlin, Jr., shall be DISMISSED WITH PREJUDICE.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March ___31___, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45925