UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROY H. MCLAUGHLIN, JR. (DOC# 399370)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

No. 08-78 FJP-CN

### JUDGMENT

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, dismissing the petition for writ of habeas corpus filed by the petitioner, Roy H. McLaughlin, Jr., with prejudice.

Baton Rouge, Louisiana, March 31, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45925